STATE OF NORTH CAROLINA *EX REL.* COMMISSIONER OF INSURANCE v. NORTH CAROLINA RATE BUREAU; IN THE MATTER OF THE FILING DATED MAY 1, 2001 BY THE NORTH CAROLINA RATE BUREAU FOR REVISED AUTOMOBILE INSURANCE RATES—PRIVATE PASSENGER CARS AND MOTORCYCLES

No. 596A03

(Filed 25 June 2004)

Appeal by Rate Bureau pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 160 N.C. App. 416, 586 S.E.2d 470 (2003), affirming an order entered 14 December 2001 by the North Carolina Commissioner of Insurance, Docket No. 1043, in Raleigh, North Carolina. On 3 March 2004, the Supreme Court granted discretionary review of one additional issue. Heard in the Supreme Court 10 May 2004.

*North Carolina Department of Insurance, by Sherri L. Hubbard and Stewart L. Johnson, for respondent-appellee.*

*Young Moore and Henderson, P.A., by R. Michael Strickland, William M. Trott, and Marvin M. Spivey, Jr., for petitioner-appellant.*

PER CURIAM.

As to the appeal of right based on the dissenting opinion, we affirm the majority decision of the Court of Appeals. We conclude that the petition for discretionary review as to an additional issue was improvidently allowed.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.